NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RUKHSANA KAUSAR, on behalf of herself and all others similarly situated, | :<br>:<br>: |
| Plaintiff, | : Civil Action No. 15-6027 |
| v. | : ORDER |
| GC SERVICES LIMITED PARTNERSHIP, | : |
| Defendant. | : |

This matter having come before the Court upon Defendant's motion to dismiss (D.E. No. 24) and Plaintiff's motion for class certification (D.E. No. 25); and the Court having received several supplemental submissions after the motions became ripe for adjudication, (see D.E. Nos. 29, 31, 32, and 33); and it appearing that the supplemental submissions were filed without leave of Court; and pursuant to the Court's inherent authority to manage the disposition of civil matters appearing on its docket and to promote judicial economy, see *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936),

IT IS on this 4th day of January 2017,

**ORDERED** that the Court will TERMINATE Defendant's pending motion to dismiss (D.E. No. 24) with leave to re-file; and it is further

**ORDERED** that the Court will TERMINATE Plaintiff's pending motion for class certification (D.E. No. 25) with leave to re-file; and it is further

- 2 -

**ORDERED** that the parties may re-file their motions addressing any and all issues and arguments—including those raised in the parties' recently filed supplemental submissions—in single briefs that comport with this District's Local Civil Rules; and it is further

**ORDERED** that the parties may not submit any supplemental submissions in support of or in opposition to a motion without leave of Court.

*s/ Esther Salas*
**Esther Salas, U.S.D.J.**