LAW OFFICES OF
# GUS MICHAEL FARINELLA PC

*110 Jericho Turnpike*
*Suite 100*
*Floral Park, NY 11001*
*Telephone (212) 675-6161*
*Facsimile   (212) 675-4367*

*Gus Michael Farinella*                                                                                    *Ryan Gentile*
*Admitted NY & DC*                                                                                    *Admitted NY & NJ*

February 25, 2019

Hon. Joseph A. Dickson
U.S. District Court District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

   Re: Kausar v. GC Services Limited Partnership
      Civil Action No. 2:15-cv-06027-ES-JAD

Dear Judge Dickson:

  We represent the Plaintiff, Rukhsana Kausar, in the above referenced matter and write on behalf of all parties to submit their joint status report letter. The parties would like to report that they agreed to settle this matter on a class wide basis and have finalized the terms of the settlement agreement which has been approved by both sides. Currently all parties are in the process of executing said agreement. Once all parties have executed the finalized settlement agreement, the undersigned will file a motion for preliminary approval of the class action settlement. Plaintiff's counsel anticipates being able to file a motion for preliminary approval by the end of this month.

          Sincerely,

          /s/ Ryan Gentile
          _____
          Ryan Gentile

cc: Leah Rudnicki
   *Attorney for Defendant* (via ECF)